*Skovronsky & Weiser*

*Attorneys at Law*

HAROLD SKOVRONSKY
CHARLES WEISER

1222 AVENUE M
SUITE 501
BROOKLYN, NY 11230
TEL. 718-336-8886
FAX 718-336-8104

June 16, 2026

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED. The deadline for Plaintiff to file his motion for judgment on the pleadings is extended until **July 18, 2026**. The deadline for SSA to file its opposition to the motion is extended until **September 16, 2026**. The deadline for Plaintiff to file his reply, if any, in further support of his motion is extended until **October 16, 2026**. The Clerk of Court is respectfully requested to terminate ECF 8.

Dated: June 16, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:    SPHINX v. COMMISSIONER OF SOCIAL SECURITY
CV-25-10406

Honorable Judge Tarnofsky:

Pursuant to the Court's scheduling order, plaintiff's motion for judgment on the pleadings is to be filed and served on or before June 18th. As a result of an extraordinary backlog in my office, I will be unable to complete plaintiff's motion in a timely fashion. Accordingly, I am constrained to ask the Court for a 30-day extension, whereby plaintiff's motion will be due on July 18th. Defendant requests 60 days thereafter to respond.

The Assistant United States Attorney has kindly consented to this request.

Thank you for Your Honor's attention

Respectfully,

*Harold Skovronsky*

Harold Skovronsky

HS:bs